IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| WILLIAM JAMES BERRY, JR., | Civil No. C09-0729-RSM-MAT |
|---|---|
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including October 23, 2009, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including November 6, 2009, to file an optional reply brief.

DATED this 23rd day of September, 2009.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1   ORDER - [C09-0729-RSM-MAT]

Presented by:

s/ STEPHANIE MARTZ   WSB # 28636
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2272
FAX: (206) 615-2531
stephanie.martz@ssa.gov